In the Matter of the Application of the CITY OF NEW York, Appellant and Respondent, Relative to Acquiring Title to Lands Required for East River Park.

WOODWARD-BROWN REALTY COMPANY, Respondent and Appellant.

*Matter of City of New York (East River Park),* 184 App. Div. 509, affirmed.

(Argued April 10, 1919; decided April 29, 1919.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 14, 1919, which modified and affirmed as modified an order of Special Term confirming the report of commissioners in condemnation proceedings. The commissioners awarded to the Woodward-Brown Realty Company the sum of $724,675. The city of New York contended that the company's property was burdened with easements for park purposes and that the award therefor should have been for a nominal amount only. The realty company contended that the award was inadequate.

*William P. Burr,* Corporation Counsel *(Joel J. Squier* of counsel), for city of New York, appellant and respondent.

*George E. Blackwell* for Woodward-Brown Realty Company, respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.